**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JARROD ERNEST SPENCER-HAYES,<br><br>    Petitioner,<br><br>    v.<br><br>M. SPEARMAN,<br><br>    Respondent. | Case No.: 1:20-cv-00734-NONE-JLT (HC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(Doc. 21) |

    On October 26, 2020, Petitioner filed an application to proceed in forma pauperis. (Doc. 21.) However, the Petitioner submitted the filing fee on May 27, 2020. Therefore, Petitioner's application to proceed in forma pauperis is moot and hereby DISREGARDED.

IT IS SO ORDERED.

    Dated: **October 27, 2020**                  **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE

1